UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHERYL CRUM,**

    **Plaintiff,**

    **v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**Judge Watson**
**Civil Action 2:13–cv–1217**
**Magistrate Judge King**

## ORDER

The parties have stipulated to the remand of the action, pursuant to Sentence 4 of 42 U.S.C. § 405(g), to the Commissioner for further proceedings and reevaluation of the claim. *Joint Stipulation to Remand to the Commissioner,* ECF No. 14. On July 7, 2014, the United States Magistrate Judge recommended that the motion be granted and that the action be remanded to the Commissioner of Social Security. *Report and Recommendation,* ECF No. 15.

Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection. Accordingly, the *Report and Recommendation*, ECF No. 15, is **ADOPTED AND AFFIRMED**. The joint motion of the parties, ECF No. 14, is **GRANTED**. The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

This action is **DISMISSED**. The Clerk is **DIRECTED** to enter **FINAL**

**JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

2